AO 91 (Rev. 11/11)  Criminal Complaint (approved by AUSA Bea L. Witzleben) MW bw                    17-112

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br>Patrick Averill<br><br>Defendant(s) | )<br>)<br>) Case No. 17-1512-m<br>)<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 18, 2017__ in the county of __Philadelphia__ in the __Eastern__ District of __Pennsylvania__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Sec. 2113(a) | On or about October 18, 2017, in Philadelphia, in the Eastern District of Pennsylvania, defendant PATRICK AVERILL knowingly and unlawfully, by force and violence, and by intimidation, took from an employee of Freedom Credit Union, 4900 Princeton Ave., Philadelphia, PA, lawful currency of the United States, that is, approximately $5,209, belonging to, and in the care, custody, control, management and possession of Freedom Credit Union, the deposits of which were insured by the National Credit Union Administration, in violation of Title 18, United States Code, Section 2113(a). |

This criminal complaint is based on these facts:
See affidavit attached hereto.

☐ Continued on the attached sheet.

_____
Complainant's signature

Andrew Allaire, Special Agent, FBI
Printed name and title

Sworn to before me and signed in my presence.

Date: __11/09/2017__

_____
Judge's signature

City and state: __Philadelphia, Pennsylvania__     Thomas J. Rueter, United States Magistrate Judge
Printed name and title

17 - 1512-m

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Andrew M. Allaire, being duly sworn under oath and deposed, state the following:

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") assigned to the Philadelphia, Pennsylvania Division, and have been so since May 2017. I am currently assigned to the Violent Crimes Task Force (VCTF) which investigates violations of Federal law, to include robberies of banks, robberies of businesses that affect interstate commerce (also known as Hobbs Act robberies), kidnappings, and fugitives. Previously, I was a Police Officer for the city of Biddeford, Maine for approximately six years where I investigated various state crimes.

2. This affidavit is being submitted in support of a criminal complaint and arrest warrant charging PATRICK AVERILL, date of birth August 1, 1988, with violations of Title 18, United States Code, Section 2113(a) (bank robbery). The information contained herein is derived from my own personal knowledge and observations, as well as the observations and knowledge of other law enforcement officials with whom I work.

3. On October 18, 2017, a white male robbed the Freedom Credit Union, 4900 Princeton Avenue, Philadelphia, PA. The suspect entered the above stated bank, approached the victim teller, and handed the teller a threatening demand note that stated, "I HAVE A GUN...CALMLY HAND MONEY OVER...DO NOT REACT, DO NOT SIGNAL TO ANYONE OR I WILL MAKE AN EXAMPLE OF YOU. QUICKLY." As the victim teller opened his/her cash drawer, the suspect lifted his sweatshirt and displayed a firearm in his waistband. The victim teller complied with the demands of the suspect and provided the suspect $5,209 United States currency. The suspect then departed the bank branch with the cash.

4. After the robbery, Philadelphia Police Department officers and members of the Philadelphia VCTF responded to the crime scene for processing. Witnesses were interviewed, surveillance video was obtained, and the original demand note was recovered. The original demand note was then submitted to the Philadelphia Police Department laboratory for fingerprint analysis.

5. The suspect was described as a white male, approximately 5'10" to 5'11" in height, thin build, with a short, scruffy orange beard, wearing a white hooded sweatshirt, dark pants, and a black brimmed hat with ear flaps. The suspect was also described as carrying a dark-colored firearm tucked into his waistband.

6. On November 7, 2017, investigators received a Latent Print Unit Laboratory Report regarding the demand note recovered from the October 18, 2017 robbery of Freedom Credit Union. The laboratory report identified a thumbprint on the demand note. The thumbprint was identified as belonging to PATRICK AVERILL.

7. Investigators then conducted database checks for PATRICK AVERILL. Investigators identified PATRICK AVERILL's home address as 15111 Kallaste Drive, Philadelphia, PA.

8. Investigators compared the driver's license photograph of PATRICK AVERILL with that of the surveillance photographs from the aforementioned bank robbery. Investigators believe the individual depicted in the surveillance photographs is PATRICK AVERILL.

9. On November 8, 2017, investigators presented N.A., victim teller, Freedom Credit Union, 4900 Princeton Avenue, Philadelphia, PA, a photo array of six white males. The photographs were shown individually. N.A. positively identified PATRICK AVERILL as the individual who robbed the credit union on October 18, 2017. N.A. specifically wrote "facial

hair," "beard color," and "nose" as the facial characteristics s/he remembered about the bank robber.

10. On November 8, 2017, investigators presented A.Q., victim teller, Freedom Credit Union, 4900 Princeton Avenue, Philadelphia, PA, a photo array of six white males. The photographs were shown individually. A.Q. positively identified PATRICK AVERILL as the individual who robbed the credit union on October 18, 2017.

11. On November 8, 2017, investigators presented Y.O., Branch Supervisor, Freedom Credit Union, 4900 Princeton Avenue, Philadelphia, PA, a photo array of six white males. The photographs were shown individually. Y.O. positively identified PATRICK AVERILL as the individual who robbed the credit union on October 18, 2017. Y.O. specifically wrote "facial features looks same" on the photograph of PATRICK AVERILL.

12. On November 8, 2017, investigators traveled to PATRICK AVERILL's residence on Kallaste Drive, Philadelphia, PA, to conduct surveillance. While on surveillance, investigators witnessed an individual matching the physical description of PATRICK AVERILL exit a cab. Investigators made contact with this individual and he identified himself as PATRICK AVERILL. Investigators detained PATRICK AVERILL based on a local warrant and transported him to the Philadelphia Division of the FBI, 600 Arch Street, Philadelphia, PA.

13. PATRICK AVERILL was advised of his *Miranda* rights via FBI Form FD-395. He signed the form and waived his rights. He then provided a statement admitting to the October 18, 2017 robbery of Freedom Credit Union, 4900 Princeton Avenue, Philadelphia, PA.

14. At the time of the Freedom Credit Union robbery, the deposits of Freedom Credit Union were insured by the National Credit Union Administration, a United States Government Agency.

15. Because of the aforementioned facts, your affiant believes that there is probable cause to charge PATRICK AVERILL with the robbery of Freedom Credit Union on October 18, 2017, in violation of Title 18, United States Code, Section 2113(a) (bank robbery).

ANDREW M. ALLAIRE
Special Agent
Federal Bureau of Investigation

Sworn to before me
this 9th day of November, 2017

HONORABLE THOMAS J. REUTER
*United States Magistrate Judge*